UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-20761-FAM

**EDDIE I. SIERRA**,

  Plaintiff,

vs.

**S&W OF MIAMI, L.L.C., d/b/a SMITH & WOLLENSKY, a foreign limited liability Company,**

  Defendant.
_____/

## NOTICE OF SETTLEMENT

  Plaintiff EDDIE I. SIERRA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

  DATED: March 31, 2020.

  Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|   RODERICK V. HANNAH |   PELAYO M. DURAN |
|   Fla. Bar No. 435384 |   Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of March, 2020, a true and correct copy of the foregoing has been filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the parties as listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Jonathan A. Beckerman, Esq.
LEWIS BRISBOIS BISGAARD &
SMITH LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL  33301
(954) 728-1280
Jonathan.beckerman@lewisbrisbois.com

*Attorneys for Defendant*
*S & W OF MIAMI, LLC*
*d/b/a SMITH & WOLLENSKY*

/s/ *Roderick V. Hannah*
Roderick V. Hannah